**LAW OFFICES OF JORDAN G. ZEITZ**
**BY: JORDAN G. ZEITZ, ESQUIRE**
18 West Front Street
Media, Pennsylvania 19081
(610) 565-9650
NJ Attorney ID#012672003

Attorneys for Defendant James Edwards

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Mag. No.: 22-3016R-12 (TJB) |
| | CR 23 494 (GC) |
| JAMES EDWARDS | |

### ORDER FOR PRETRIAL RELEASE MODIFICATION

THIS MATTER HAVING been opened to the Court by Jordan G. Zeitz, Esquire, counsel for Defendant James Edwards (hereinafter referred to as "Defendant"), and with the consent of AUSA Tracey Agnew and of Pretrial Officer Nicholas Zotti as to the substance and entry of the within Order, and the Court having been satisfied that good cause has been sufficiently established for the entry of the within Order;

IT IS ORDERED, this 2nd day of October, 2024, that:

1. Defendant shall be permitted to travel to the Mercer County Jail to retrieve his property as approved in advance by Pre-Trial Services.

2. Defendant shall be permitted to attend his classes related to his job with the Union as approved in advance by Pre-Trial Services.

3. Defendant shall be permitted to travel to the DMV to renew his expired license as approved in advance by Pre-Trial Services

4. All other previously imposed conditions of pretrial release shall remain in full effect.

BY: _____
Hon. ~~Tonianne J. Bongiovanni~~
Justin T. Quinn (USMJ)

We hereby consent to the substance and entry of this Order.

_____  _____
JORDAN G. ZEITZ, ESQ.        TRACEY AGNEW, AUSA