

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*402 East State Street, Room 430*          *609-989-2190*
*Trenton, New Jersey 08608*

April 23, 2026

The Honorable Georgette Castner
United States District Judge
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

               Re:    <u>United States v. James Edwards</u>
                      Crim. No. 23-494 (GC)

Dear Judge Castner:

Please accept this letter as a joint request from the parties to adjourn the sentencing hearing in the above-referenced matter, which is scheduled for April 30, 2026, at 10:00 a.m.

Mr. Edwards is currently participating in and advancing through the State of New Jersey's Recovery Court Program. According to his Pretrial Supervision Officer, Mr. Edwards remains compliant with his pretrial conditions.

Given his current compliance and the facts and unique circumstances of his case, my office is considering offering Mr. Edwards a revised plea agreement to a Superseding Information, which, if accepted and entered, could significantly alter his sentencing exposure.

At this juncture, the parties' jointly request a sentencing adjournment to allow time for my office to further review this case and, in the interim, for Mr. Edwards to continue with the Recovery Court program. I anticipate having a decision on the revised plea within two weeks and will advise the Court. Thank you for your consideration of this request.

**GRANTED**
This Sentencing is adjourned
to a date <u>to be determined.</u>

**SO ORDERED**
on this 23rd day of April, 2026

_____
Hon. Georgette Castner, U.S.D.J

Respectfully submitted,

_____
TRACEY AGNEW
Assistant U.S. Attorney

cc:  Jordan Zeitz, Esq.

     Daniel Carney, U.S. Probation
     Maribel Perez, U.S. Probation